STATE OF NEW JERSEY v. GIACOMO MARVASI.

June 23, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. FELIPE ECHEVARRIA.

June 23, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. CURTIS BRYANT.

June 23, 1987.

Petition for certification denied.   (See 217 *N.J.Super.* 72)

STATE OF NEW JERSEY v. STEVEN THOMAS.

June 23, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. STEVEN SMITH.

June 23, 1987.

Petition for certification denied.